**FILED**

Oct 31 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TOBIAS SCOLLAY,<br><br>    Defendant. | Case No.: 4:24-mj-71007-MAG<br><br>**STIPULATED ORDER CONTINUING STATUS REGARDING ARRAIGNMENT OR PRELIMINARY HEARING** |

    The defendant Tobias Scollay is charged in a criminal complaint filed July 2, 2024. On August 2, 2024, Mr. Scollay was appointed counsel. At a later detention hearing the parties jointly requested that the matter be put on for status regarding arraignment on November 7, 2024. The parties also moved for exclusion until November 7, 2024 under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1. The Court granted the parties' motion. *See United States v. Tobias Scollay*, 24-MJ-71007-MAG, ECF No. 7 (Ord.)

    Since that appearance, the parties have diligently engaged in discovery discussions and production. The government has provided audio, video, and pdf files to the defense for defense

1  review. Almost all of these materials are subject to a protective order, and cannot be left with Mr.
2  Scollay.
3        Mr. Scollay is incarcerated pretrial at the Alameda County Jail in Santa Rita. Because of the
4  protective order, Mr. Scollay's counsel and a defense investigator have had to visit the defendant and
5  review the discovery together in contact visits. While the defense has diligently met with Mr. Scollay,
6  given the volume of discovery some materials remain for further review.
7        In addition, some audio files cannot be reviewed as produced, and must be converted into a
8  playable format and re-produced.
9        The parties' intent is for the defense to complete the review of the core discovery, and to then
10 meet and confer regarding a possible pre-indictment disposition before arraignment. Counsel for Mr.
11 Scollay represents that the defense requires additional time to complete that review, and complete
12 settlement discussions. The defense accordingly moves the Court to continue the status regarding
13 arraignment from November 7, 2024 to December 16, 2024.
14       The government has no objection to this defense request.
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

STIPULATED ORDER CONT. STATUS REGARDING ARRAIGNMENT
*SCOLLAY*, 4:24-mj-71007-MAG

Therefore, for good cause shown the hearing now scheduled for November 7, 2024 is vacated. The matter shall be added to the Court's calendar on December 16, 2024, for status regarding arraignment. Time shall be excluded until December 16, 2024 under the Speedy Trial Act, for effective preparation of defense counsel. In addition, the Court finds good cause to exclude time under Federal Rule of Criminal Procedure 5.1

Dated:   Oct. 29, 2024

IT IS SO STIPULATED.

STEVEN G. KALAR
Kalar Law Office

/S
Counsel for Tobias Scollay

Dated:   Oct. 29, 2024

ISMAIL RAMSEY
United States Attorney
Northern District of California

/S
ALEXIS JAMES
Assistant United States Attorney

IT IS SO ORDERED.

Dated:  October 31, 2024

IT IS SO ORDERED
Judge Donna M. Ryu

DONNA M. RYU
United States Chief Magistrate Judge