1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: 24-MJ-71007-MAG |
|---|---|
| Plaintiff, | **STIPULATED ORDER CONTINUING STATUS RE: ARRAIGNMENT OR PRELIMINARY HEARING** |
| v. | |
| TOBIAS SCOLLAY, | |
| Defendant. | |

    The defendant Tobias Scollay is charged in a criminal complaint filed July 2, 2024. In this stipulated order, the parties represent that they have diligently engaged in pretrial discovery and negotiations regarding a pretrial disposition since that initial appearance.

    The matter is currently scheduled for Monday, February 3, 2025 for status regarding arraignment. The parties jointly represent that they are actively engaged in settlement negotiations that, if successful, would result in an Information and plea agreement.

    In addition, counsel for Mr. Scollay represents that he needs additional time to review the latest production of discovery with his client, and advise his client on his sentencing exposure and decisions regarding a trial or disposition. Review of the discovery requires additional time, because

almost all discovery is subject to a very strict protective order that requires counsel or an investigator to be present at Santa Rita jail as Mr. Scollay reviews the material.

The defense accordingly moves the Court to continue the status regarding arraignment from February 3, 2025 to February 27, 2025.

The government has no objection to this defense request.

Therefore, for good cause shown the hearing now scheduled for Monday February 3, 2025 is vacated. The matter shall be added to the duty Magistrate Judge's calendar on February 27, 2025, for status regarding arraignment. Time shall be excluded until February 27, 2025 under the Speedy Trial Act, for effective preparation of defense counsel. In addition, the Court finds good cause to exclude time under Federal Rule of Criminal Procedure 5.1.

Dated:   January 30, 2025

IT IS SO STIPULATED.

STEVEN G. KALAR
Kalar Law Office

              /S
Counsel for Tobias Scollay

Dated:   Jan. 30, 2025

ISMAIL RAMSEY
United States Attorney
Northern District of California

              /S
EVAN MATEER
Assistant United States Attorney

IT IS SO ORDERED.

Dated:  January 31, 2025

[SEAL: IT IS SO ORDERED / Judge Donna M. Ryu / United States District Court, Northern District of California]

DONNA M. RYU
United States Chief Magistrate Judge

STIPULATED ORDER CONT. STATUS RE: ARRAIGNMENT
*SCOLLAY*, 24-MJ-71007-MAG