FILED

Feb 24 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** 4:24-MJ-71007-MAG |
| Plaintiff, | |
| v. | **STIPULATED ORDER CONTINUING ARRAIGNMENT OR PRELIMINARY HEARING** |
| TOBIAS SCOLLAY, | |
| Defendant. | |

The defendant Tobias Scollay is charged in a criminal complaint filed July 2, 2024. On August 2, 2024, Mr. Scollay was appointed counsel. At a later detention hearing the parties jointly requested that the matter be put on for status regarding arraignment on November 7, 2024. The parties have continued arraignment since that date, as the defense reviews several productions of discovery and the parties discuss a possible pre-indictment disposition. These delays were necessary because Mr. Scollay is incarcerated in Santa Rita Jail, and a strict protective order requires counsel or counsel's staff to be present during the defendant's review of the voluminous audio, video, and documentary discovery.

1    The matter is currently set for status on arraignment on Thursday, February 27, 2025. The

2    parties represent that they have now arrived at a tentative pre-indictment disposition in the matter.

3    The parties require additional time to prepare and discuss the Information and plea agreement,

4    and for defense counsel to review these materials with Mr. Scollay. In addition, counsel for the

5    government will be unavailable during the month of March.

6    The parties accordingly jointly request that the matter be put over for status on arraignment

7    until Tuesday, April 15, 2025 at 10:30 a.m. before the duty Magistrate Judge.

8

9    //

10   //

11   //

12   //

13   //

14   //

15   //

16   //

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

STIPULATED ORDER CONT. ARRAIGNMENT
*SCOLLAY*, 4:24-MJ-71007-MAG

2

1    Therefore, for good cause shown the hearing now scheduled for February 27, 2025 is vacated.

2    The matter shall be added to the Duty Magistrate Judge's calendar on April 15, 2025, for status

3    regarding arraignment. Time shall be excluded until April 15, 2025 under the Speedy Trial Act, for

4    effective preparation of defense counsel and for continuity of government counsel. In addition, the

5    Court finds good cause to exclude time under Federal Rule of Criminal Procedure 5.1 until April 15,

6    2025.

7

8    Dated:      February 24, 2025

9

10

11

12

13

14   Dated:     February 25, 2025

15

16

17

18

19   IT IS SO ORDERED.

20   Dated: <u>February 24, 2025</u>

21

22

23

24

25

26

27

28

IT IS SO STIPULATED.

STEVEN G. KALAR
Kalar Law Office

_____/S_____
Counsel for Tobias Scollay

PATRICK ROBBINS
Acting United States Attorney
Northern District of California

_____/S_____
EVAN MATEER
Assistant United States Attorney

DONNA M. RYU
United States Chief Magistrate Judge



_____
NORTHERN DISTRICT OF CALIFORNIA

STIPULATED ORDER CONT. ARRAIGNMENT
*SCOLLAY*, 4:24-MJ-71007-MAG

3