IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOBIAS SCOLLAY,<br><br>Defendant. | Case No.: 4:24-MJ-71007-MAG<br><br>**STIPULATED ORDER CONTINUING ARRAIGNMENT OR PRELIMINARY HEARING** |

  The defendant Tobias Scollay is charged in a criminal complaint filed July 2, 2024. On August 2, 2024, Mr. Scollay was appointed counsel. At a later detention hearing the parties jointly requested that the matter be put on for status regarding arraignment on November 7, 2024. The parties have continued arraignment since that date, as the defense reviews several productions of discovery and the parties discuss a possible pre-indictment disposition. These delays were necessary because Mr. Scollay is incarcerated in Santa Rita Jail, and a strict protective order requires counsel or counsel's staff to be present during the defendant's review of the voluminous audio, video, and documentary discovery.

1  The matter is currently set for status on arraignment on Tuesday, April 15, 2025. The parties
2  represent that they have now arrived at a tentative pre-indictment disposition in the matter and are
3  finalizing an Information and plea agreement.
4  The parties require additional time to prepare and discuss the Information and plea agreement,
5  and for defense counsel to review these materials with Mr. Scollay at Santa Rita jail.
6  The parties accordingly jointly request that the matter be put over for status on arraignment
7  until Tuesday, April 22, 2025 at 10:30 a.m. before the duty Magistrate Judge.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Therefore, for good cause shown the hearing now scheduled for April 15, 2025 is vacated. The matter shall be added to the Duty Magistrate Judge's calendar on April 22, 2025, for status regarding arraignment. Time shall be excluded until April 22, 2025 under the Speedy Trial Act, for effective preparation of defense counsel and for continuity of government counsel. In addition, the Court finds good cause to exclude time under Federal Rule of Criminal Procedure 5.1 until April 22, 2025.

Dated: April 11, 2025

IT IS SO STIPULATED.

STEVEN G. KALAR
Kalar Law Office

_____/S_____
Counsel for Tobias Scollay

Dated: April 11, 2025

PATRICK ROBBINS
Acting United States Attorney
Northern District of California

_____/S_____
EVAN MATEER
Assistant United States Attorney

IT IS SO ORDERED.

Dated: April 14, 2025

DONNA M. RYU
Chief Magistrate Judge

_____
NORTHERN DISTRICT OF CALIFORNIA