```
                                          FILED

                                         Apr 21 2025

                                       Mark B. Busby
                                 CLERK, U.S. DISTRICT COURT
                               NORTHERN DISTRICT OF CALIFORNIA
                                          OAKLAND
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 4:24-MJ-71007-MAG |
| Plaintiff, | **STIPULATED ORDER CONTINUING ARRAIGNMENT OR PRELIMINARY HEARING** |
| v. | |
| TOBIAS SCOLLAY, | |
| Defendant. | |

The above-entitled case is scheduled for status regarding arraignment on April 22, 2025 at 10:30 a.m. In this stipulated order, the parties represent that they have arrived at a pretrial disposition. The plea agreement is being finalized in the Office of the United States Attorney.

Counsel for Mr. Scollay will need additional time to review the Information and final plea agreement with the defendant before arraignment.

The parties therefore jointly request that the matter now scheduled for April 22, 2025 be vacated. The parties request that the matter be added to the Duty Magistrate Judge's calendar on Tuesday, April 29, 2025 at 10:30 for status regarding arraignment.

Therefore, for good cause shown the hearing now scheduled for April 22, 2025 is vacated. The matter shall be added to the Duty Magistrate Judge's calendar on April 29, 2025, for status regarding arraignment. Time shall be excluded until April 29, 2025 under the Speedy Trial Act, for effective preparation of defense counsel and for continuity of government counsel. In addition, the Court finds good cause to exclude time under Federal Rule of Criminal Procedure 5.1 until April 29, 2025.

Dated:   April 21, 2025

IT IS SO STIPULATED.

STEVEN G. KALAR
Kalar Law Office

_____/S_____
Counsel for Tobias Scollay

Dated:   April 21, 2025

PATRICK ROBBINS
Acting United States Attorney
Northern District of California

_____/S_____
EVAN MATEER
Assistant United States Attorney

IT IS SO ORDERED.

Dated: April 21, 2025

IT IS SO ORDERED
Judge Donna M. Ryu

_____
DONNA M. RYU
Chief Magistrate Judge

STIPULATED ORDER CONT. ARRAIGNMENT
*SCOLLAY*, 4:24-MJ-71007-MAG